DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants

CLAIR R. COUTURIER, JR., et al.,
.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., | Case No.: CV 07 80247 MISC (CRB) |
| Plaintiffs, | **DEFENDANTS' LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO** |
| vs. | |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants, | |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | |
| Nominal Defendants. | |

Defendants David Johanson and Johanson Berenson LLP, by and through their respective attorneys, and pursuant to Local Rules 6-3, 7-10 and Standing Order ¶4 of this Court, hereby move the Court for an order shortening the time on Defendants' Motion to Enforce Deposition Subpoena or in the Alternative for a Protective Order Moving the Deposition to San Francisco. Defendants respectfully request that the Court enter an order establishing a shortened briefing schedule and setting the hearing on Defendants' Motion for a date before November 11, 2007 because the subpoena is for a deposition that is to commence on November 12, 2007.

Good cause exists for shortening the time on Defendants' Motion and ordering a hearing

as soon as possible because the only issue to be decided by the Court is the location of the deposition. The issue does not require substantial legal analysis and briefing. Consequently, no party or third party will be prejudiced by the shortened briefing schedule.

## I. BACKGROUND

Defendants opened this action in this Court on Wednesday, October 24, 2007, to enforce the deposition subpoena Defendant Clair R. Couturier, Jr., served on third party witness Thomas McIntosh on Thursday, October 4, 2007. Declaration of Christopher J. Rillo ("Rillo Decl."), ¶1. Specifically, on that day, Defendants filed a Motion to Enforce Deposition Subpoena or in the Alternative for a Protective Order Moving the Deposition to San Francisco, the Declaration of Christopher J. Rillo in support of the Motion, and a copy of the subpoena Defendant Couturier caused to be personally served on Mr. McIntosh on October 4, 2007. Rillo Decl., ¶2. Defendants served these documents on all parties to this litigation on October 24, 2007. Rillo Decl., ¶3. Defendants did not notice a hearing date on the Motion and now respectfully request that the Court enter an order establishing a sortened briefing schedule and setting the hearing date for a dated before November 11, 2007. Rillo Decl., ¶4.

## II. ARGUMENT

### A. Hearing on Defendants Motion to Enforce Deposition Subpoena Must Take Place As Soon As Possible Because the Deposition at Issue Is Currently Scheduled for November 12 and 13, 2007

The deposition at issue is scheduled to take place on November 12 and 13, 2007. Rillo Decl., ¶5. If the hearing on Defendants' Motion to Enforce Deposition Subpoena is scheduled the standard 35 days after the filing of the Motion pursuant to Local Rule 7-2(a), the soonest the Motion can be heard is November 28, 2007. It is crucial that the hearing on the Motion take place as soon as possible in order to resolve the question of the location of the deposition.

### B. No Party Will be Prejudiced by Accelerating the Hearing Date For Said Motion

The sole issue in the Motion is the location of the deposition. No party will be prejudiced by a shortened briefing schedule because the hearing will not involve any substantive area of law relevant to the merits of the present action. As explained in the Motion, Mr. McIntosh has stated

that he will not appear in San Francisco even though he was served with a valid subpoena calling for his appearance in San Francisco on November 12 and 13, 2007. Rillo Decl., ¶6. This Court's decision to grant the relief requested herein will help move this action forward for the benefit of all parties involved.

### C. Defendants Attempts To Meet and Confer with McIntosh's Counsel Have Not Been Successful

On September 27, 2007, Counsel for Defendants met and conferred with Mr. McIntosh's counsel but to no avail, as Mr. McIntosh still refuses to comply with the subpoena. Rillo Decl., ¶7. Thus, even though Defendants have attempted to work with Mr. McIntosh's counsel to facilitate Mr. McIntosh's appearance in San Francisco by offering to pay for his parking and pushing back the start time to late morning, it is necessary for this Court to intervene at this time.

### D. The Requested Relief Will Accelerate The Progress of This Action

The requested relief will help this action progress. Indeed, Defendants hope to move forward with the hearing on their Motion to Enforce Deposition Subpoena in the interest of time and resources of all parties to this action.

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enter an Order establishing a shortened briefing schedule on Defendants' Motion To Enforce Deposition Subpoena and setting the hearing on the Motion to a date before November 11, 2007.

Dated: October 25, 2007                    MORGAN, LEWIS & BOCKIUS LLP

By:  ___/S/ Christopher J. Rillo_____
     Christopher J. Rillo
     Attorneys for Defendants
     David Johanson and Johanson Berenson LLP

1-SF/7621394.2

3

DEFENDANTS' L.R. 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPO. SUBPOENA
CASE NO. CV 07 80247 MISC (CRB)