NATALIE P. VANCE (SBN 206708)
KLINEDINST PC
1107 9th Street, Suite 680
Sacramento, CA  95814
Tel:   916-444-7573
Fax:  916-444-7544

CHRISTOPHER J. RILLO (SBN 112009)
LARS GOLUMBIC (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Tel:   202-857-0620
Fax:  202-659-4503

Attorneys for Defendants
DAVID JOHANSON and JOHANSON BERENSON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendants, <br><br> and <br><br> THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., <br><br> Nominal Defendants. | Case No. CV 07 80247 MISC (CRB) <br><br> **DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANT'S LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO** |

Christopher J. Rillo, of full age, declares and states:

1. Defendants David Johnason and Johanson Berenson LLP opened this action in this Court on Wednesday, October 24, 2007, to enforce the deposition subpoena Defendant Couturier served on third party witness Thomas McIntosh on Thursday, October 4, 2007.

2. Specifically, on that day, Defendants filed a Motion to Enforce Deposition Subpoena or in the Alternative for a Protective Order Moving the Deposition to San Francisco, the Declaration of Christopher J. Rillo in support of the Motion, and a copy of the subpoena Defendants caused to be personally served on Mr. McIntosh on October 4.

3. Defendants served these documents on all parties to this litigation by mail on October 24, 2007.

4. Defendants did not notice a hearing date on the motion and now respectfully request that the Court enter a shortened briefing schedule and set a hearing date as soon as possible.

5. The deposition at issue is scheduled to take place on November 12 and 13, 2007.

6. Mr. McIntosh has stated that he will not appear in San Francisco even though he was served with a valid subpoena calling for his appearance in San Francisco on November 12 and 13, 2007.

7. On September 27, 2007, I met and conferred with Mr. McIntosh's counsel but to no avail, as Mr. McIntosh still refuses to comply with the subpoena.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of October 2007 in San Francisco, California.

By:     /S/ Christopher J. Rillo
       CHRISTOPHER J. RILLO

1-SF/7622519.2

Rillo Decl. ISO Defendants' Local Rule 6-3 and 7-10 *Ex* Parte Motion to Shorten Time on Motion to Enforce Deposition Subpoena    Case No. CV 07 80247 MISC (CRB)

2