NATALIE P. VANCE (SBN 206708)
KLINEDINST PC
1107 9th Street, Suite 680
Sacramento, CA 95814
Tel:   916-444-7573
Fax:   916-444-7544

CHRISTOPHER J. RILLO (SBN 112009)
LARS GOLUMBIC (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC   20006
Tel:   202-857-0620
Fax:   202-659-4503

Attorneys for Defendants
DAVID JOHANSON and JOHANSON
BERENSON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, ET AL., | Case No. CV 07 80247 MISC (CRB) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO** |
| vs. | |
| CLAIR COUTURIER, JR., et al, | |
| Defendants, | |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | |
| Nominal Defendants. | |

For good cause shown, Defendants' *Ex Parte* Application to Shorten Time on Defendants' Motion to Enforce Deposition Subponea or in the Alternative for a Protective Order Moving the Deposition to San Francisco is **GRANTED.** Plaintiffs and Mr. McIntosh will file their

1  Opposition to Defendants' Motion on _____; Defendants shall file their Reply
2  to Plaintiffs' and Mr. McIntosh's Opposition on _____; the hearing on Defendants'
3  Motion shall be set for _____.
4      **IT IS SO ORDERED.**
5  Dated: _____, 2007

                                      Charles R. Breyer
                                      Judge of the United States District Court

1-SF/7621685.2