1  DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendants

6  CLAIR R. COUTURIER, JR., et al.,
7  .

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>         Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.,<br><br>         Nominal Defendants. | Case No.:  CV 07 80247 MISC (CRB)<br><br>**PROOF OF SERVICE**<br>**(DEFENDANTS' LOCAL RULE 6-3 AND 7-10 EX PARTE APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO AND SUPPORTING DOCUMENTS)** |

# **PROOF OF SERVICE**

I, Marianne G. Haines, declare:

I am a resident of the State of California and am employed in the City and County of San Francisco, California.  I am over the age of eighteen years, and not a party to the within action; my business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California  94105-1126

On October 26, I served the within document(s):

**DEFENDANTS' LOCAL RULE 6-3 and 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

**DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANT'S LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

**[PROPOSED] ORDER GRANTING DEFENDANTS LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| | |
|---|---|
| 1 | |
| 2 | Bruce A. McIntosh, Esq.<br>Shapiro Buchman Provine Patton LLP<br>1333 N. California Boulevard, Suite 350<br>Walnut Creek, CA   94596<br>email:  bmcintosh@sbllp.com |
| 3 | |
| 4 | |
| 5 | Stanley H. Shayne, Esq..<br>SHAYNE & NICHOLS, LLC<br>21 South High Street<br>Columbus, OH   43215<br>email:  STAN@SLNLAWYERS.COM |
| 6 | |
| 7 | |
| 8 | Ron Kilgard, Esq.<br>Gary A. Gotto, Esq.<br>Gary D. Greenwald, Esq.<br>KELLER ROHRBACK, PLC<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ   85012<br>email:  gdglaw@aol.com |
| 9 | |
| 10 | |
| 11 | |
| 12 | Julie E. Farris<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA   98101<br>email:  "jfarris" jfarris@kellerrohrback.com |
| 13 | |
| 14 | |
| 15 | M. Taylor Florence, Esq.<br>John E. Spomer, Esq.<br>BULLIVANT HOUSER BAILEY P.C.<br>1415 L Street, Suite 1000<br>Sacramento, CA   95814<br>email:  taylor.florence@bullivant.com |
| 16 | |
| 17 | |
| 18 | |
| 19 | Matthew Righetti, Esq.<br>RIGHETTI LAW FIRM, P.C.<br>456 Montgomery Street, Suite 1400<br>San Francisco, CA   94104<br>email:  matt@righettilaw.com |
| 20 | |
| 21 | |
| 22 | Natalie P. Vance, Esq.<br>KLINEDINST PC<br>1107 9th St #680<br>Sacramento, CA   95814<br>email:  nvance@klinedinstlaw.com |
| 23 | |
| 24 | |
| 25 | Christopher J. Rillo, Esq.<br>Lars C. Golumbic, Esq.,<br>Dipal A. Shah, Esq.<br>GROOM LAW GROUP, CHARTERED<br>1701 Pennsylvania Avenue, NW<br>Washington, DC   20006<br>email:  crillo@groom.com |
| 26 | |
| 27 | |
| 28 | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law

1-SF/7622744.1                     3           Case No. CV 07 80247 MISC (CRB)

PROOF OF SERVICE

Terrence J. Devine, Esq.
DEGRAFF, FOY, KUNZ & DEVINE, LLP
90 State Street, Suite 1100
Albany, NY   12207
email:  tdevine@degraff-foy.com

Lois Rosenbaum, Esq.
STOEL RIVES LLP
900 S.W. 5th Avenue
Portland, OR   97221
email:  lorosenbaum@stoel.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed October 26, 2007, at San Francisco, California.

    Marianne G. Haines