1  DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants

6  CLAIR R. COUTURIER, JR., et al.,
7  .

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | GREGORY JOHNSON, et al., | Case No.: CV 07 80247 MISC (CRB)
12 |                          |
   | Plaintiffs,              | **PROOF OF SERVICE**
13 |                          | (DEFENDANTS' LOCAL RULE 6-3 AND 7-10
   | vs.                      | EX PARTE APPLICATION TO SHORTEN
14 |                          | TIME ON DEFENDANTS' MOTION TO
   | CLAIR R. COUTURIER, JR., et al., | ENFORCE DEPOSITION SUBPOENA OR IN
15 |                          | THE ALTERNATIVE FOR A PROTECTIVE
   | Defendants,              | ORDER MOVING THE DEPOSITION TO SAN
16 |                          | FRANCISCO AND SUPPORTING
   | and                      | DOCUMENTS)
17 |                          |
   | THE EMPLOYEE OWNERSHIP HOLDING |
18 | COMPANY, INC. EMPLOYEE STOCK   |
   | OWNERSHIP PLAN, et al.,        |
19 |                          |
   | Nominal Defendants.      |
20

Morgan, Lewis &
Bockius LLP        1-SF/7622744.1                1        Case No. CV 07 80247 MISC (CRB)
Attorneys At Law                          PROOF OF SERVICE

# PROOF OF SERVICE

I, Marianne G. Haines, declare:

I am a resident of the State of California and am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and not a party to the within action; my business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105-1126

On October 26, I served the within document(s):

**DEFENDANTS' LOCAL RULE 6-3 and 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

**DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANT'S LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

**[PROPOSED] ORDER GRANTING DEFENDANTS LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Morgan, Lewis & Bockius LLP
Attorneys At Law

1-SF/7622744.1                2                Case No. CV 07 80247 MISC (CRB)

PROOF OF SERVICE

Bruce A. McIntosh, Esq.
Shapiro Buchman Provine Patton LLP
1333 N. California Boulevard, Suite 350
Walnut Creek, CA 94596
email: bmcintosh@sbllp.com

Stanley H. Shayne, Esq..
SHAYNE & NICHOLS, LLC
21 South High Street
Columbus, OH 43215
email: STAN@SLNLAWYERS.COM

Ron Kilgard, Esq.
Gary A. Gotto, Esq.
Gary D. Greenwald, Esq.
KELLER ROHRBACK, PLC
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
email: gdglaw@aol.com

Julie E. Farris
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
email: "jfarris" jfarris@kellerrohrback.com

M. Taylor Florence, Esq.
John E. Spomer, Esq.
BULLIVANT HOUSER BAILEY P.C.
1415 L Street, Suite 1000
Sacramento, CA 95814
email: taylor.florence@bullivant.com

Matthew Righetti, Esq.
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
email: matt@righettilaw.com

Natalie P. Vance, Esq.
KLINEDINST PC
1107 9th St #680
Sacramento, CA 95814
email: nvance@klinedinstlaw.com

Christopher J. Rillo, Esq.
Lars C. Golumbic, Esq.,
Dipal A. Shah, Esq.
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006
email: crillo@groom.com

Terrence J. Devine, Esq.
DEGRAFF, FOY, KUNZ & DEVINE, LLP
90 State Street, Suite 1100
Albany, NY 12207
email: tdevine@degraff-foy.com

Lois Rosenbaum, Esq.
STOEL RIVES LLP
900 S.W. 5th Avenue
Portland, OR 97221
email: lorosenbaum@stoel.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed October 26, 2007, at San Francisco, California.

                                               _____
                                                   Marianne G. Haines