Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, AND KELLY MORRELL,<br><br>      Plaintiffs,<br><br>v.<br><br>CLAIR R. COUTURIER, JR.; DAVID R. JOHANSON; ROBERT E. EDDY; JOHANSON BERENSON LLP; AND PENSCO, INC.,<br><br>      Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN; NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.<br><br>      Nominal Defendants. | No. CV 07 80247 MISC (CRB)<br><br>Pending in the United States District Court, for the Eastern District of California:<br>No. 2:05-cv-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' LOCAL RULE 6-3 AND 7-10 *EX PARTE* APPLICATION TO SHORTEN TIME ON DEFENDANTS' MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO** |

| | |
|---|---|
| DARLENE STANTON, | No. 2:07-CV-01208 WBS-JFM |
| Plaintiff, | (Consolidated under 2:05-CV-02046 RRB KJM) |
| v. | |
| CLAIR R. COUTURIER, JR., et al. | |
| Defendants. | |

Plaintiffs have no objection to the granting of Defendants' Motion to shorten the time for responding to Defendants' Motion to enforce the McIntosh deposition subpoena, *inter alia*. Since the deposition is scheduled to commence on November 12, 2007, Plaintiffs are in favor of a ruling by the Court before the deposition date. Plaintiffs are filing their brief on the merits of the discovery dispute concurrent herewith to help facilitate an early resolution.

DATED: October 30, 2007.

KELLER ROHRBACK, L.L.P.
By:   */s/ Juli E. Farris*
Juli E. Farris
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

KELLER ROHRBACK, P.L.C.
Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012

SHAYNE NICHOLS, LLC
Stanley H. Shayne
Two Miranova Place, Suite 220
Columbus, Ohio 43215

DEVINE, MARKOVITS & SNYDER, LLP
Terence J. Devine
52 Corporate Circle
Albany, New York 12203

| | |
|---|---|
| | RIGHETTI LAW FIRM, P.C.<br>Matthew Righetti<br>456 Montgomery Street, Suite 1400<br>San Francisco, California 94104 |
| Attorneys for Plaintiffs Johnson, Rangel, and Morrell | Attorneys for Plaintiff Rodwell |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2007 **Plaintiffs' Response to Defendants' Local Rule 6-3 and 7-10 *Ex Parte* Application to Shorten Time on Defendants' Motion to Enforce Deposition Subpoena or In the Alternative For a Protective Order Moving the Deposition to San Francisco** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Theodore M. Becker
Morgan, Lewis & Bockius LLP.
77 West Wacker Drive
Chicago, Illinois 60601
Attorneys for Defendant Couturier

Donald Patrick Sullivan
M. Michael Cole
Morgan Lewis and Bockius LLP
Spear Street Tower
One Market Street, Suite 28
San Francisco, California 94105
Attorneys for Defendant Couturier

M. Taylor Florence
John E. Spomer
Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendant Noll Manufacturing Company
    Employee Stock Ownership Plan and Trust


```
 1
 2   Cynthia J. Larsen
     Stacy Erin Don
 3   Orrick Herrington & Sutcliffe LLP
     400 Capitol Mall, Suite 3000
 4   Sacramento, California 95814
     Attorneys for Defendant
 5        The Employee Ownership Holding Company, Inc.

 6   Christopher J. Rillo
     Lars C. Golumbic
 7   Dipal A. Shah
     Groom Law Group Chartered
 8   1701 Pennsylvania Avenue, NW
     Washington, D.C. 20006
 9   Attorneys for Defendant Johanson

10
     Natalie P. Vance
11   Klinedinst PC
     1107 9th Street, Suite 680
12   Sacramento, California 95814
     Attorneys for Defendant Johanson Berenson, LLP
13
     Lois O. Rosenbaum
14   Timothy W. Snider
     Stoel Reves LLP
15   900 S.W. 5th Avenue, Suite 2600
     Portland, Oregon 97204-1268
16   Attorneys for Defendant Eddy

17
     Erick C. Howard
18   Shartsis Friese LLP
     One Maritime Plaza, 18th Floor
19   San Francisco, California 94111
     Attorneys for Defendant Pensco, Inc.
20
     Ron Kilgard
21   Gary A. Gotto
     Gary D. Greenwald
22   Keller Rohrback PLC
     3101 North Central Avenue, Suite 1400
23   Phoenix, Arizona 85012
     Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton
24

25

26
```

| | |
|---|---|
| 1 | Juli E. Farris |
| | Keller Rohrback LLP |
| 2 | 1201 Third Avenue, Suite 3200 |
| | Seattle, Washington 98101 |
| 3 | Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton |
| 4 | |
| | Stanley H. Shayne |
| 5 | Shayne Nichols LLC |
| | Two Miranova Place, Suite 220 |
| 6 | Columbus, Ohio 43215 |
| | Attorneys for Plaintiff Rodwell |
| 7 | |
| | Terence J. Devine |
| 8 | Devine, Markovits & Snyder, LLP |
| | 52 Corporate Circle |
| 9 | Albany, New York 12203 |
| | Attorneys for Plaintiff Rodwell |
| 10 | |
| 11 | Matthew Righetti |
| | Righetti Law Firm PC |
| 12 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 13 | Attorneys for Plaintiff Rodwell |

By: ___*/s/ Juli E. Farris*___

5