Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, AND KELLY MORRELL,<br><br>   Plaintiffs,<br><br>v.<br><br>CLAIR R. COUTURIER, JR.; DAVID R. JOHANSON; ROBERT E. EDDY; JOHANSON BERENSON LLP; AND PENSCO, INC.,<br><br>   Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN; NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.<br><br>   Nominal Defendants. | No. CV 07 80247 MISC (CRB)<br><br>Pending in the United States District Court, for the Eastern District of California:<br>No. 2:05-cv-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**PLAINTIFFS' RESPONSE TO DAVID JOHANSON AND JOHANSON BERENSON LLP'S MOTION TO ENFORCE DEPOSITION SUBPOENA OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**<br><br>**Date:  To Be Determined**<br>**Time:**<br>**Courtroom:**<br>**Judge:** |

1

| | |
|---|---|
| DARLENE STANTON, | No. 2:07-CV-01208 WBS-JFM |
| Plaintiff, | (Consolidated under 2:05-CV-02046 RRB KJM) |
| v. | |
| CLAIR R. COUTURIER, JR., et al. | |
| Defendants. | |

Defendants David Johanson and Johanson Berenson LLP jointly filed the subject Motion to force a 77 year-old non-party witness, Tom McIntosh, to appear in San Francisco rather than Walnut Creek for his two day deposition.  Mr. McIntosh has requested that the deposition be conducted near his residence and in the law office of his son Bruce McIntosh, who is serving as his counsel.  Plaintiffs have been more than happy to accommodate Mr. McIntosh's request, but Defendants' counsel led by attorney Christopher Rillo from Washington, D.C. has been insistent that the deposition proceed in San Francisco.  Mr. Rillo has repeatedly pointed out the alleged inconvenience of Walnut Creek, but Plaintiffs simply do not understand Mr. Rillo's intransigence.

Plaintiffs' counsel has no particular preference whether the deposition proceeds in Walnut Creek or San Francisco so long as the deposition proceeds without any more delay. *See* Greenwald Declaration filed herewith.

Notwithstanding, Plaintiffs' counsel has already made air reservations to fly into Oakland Airport as well as car rental and hotel reservations based upon a Walnut Creek deposition.  At this point, Plaintiffs would just as well have the deposition proceed in Walnut Creek.

2

The background relating to the scheduling of the McIntosh deposition and issues raised in Mr. Rillo's Motion are addressed in detail in the Greenwald Declaration filed therewith. Because this lawsuit has been stayed as to Johanson Berenson LLP pending arbitration (*see, Johnson, et al. v. Couturier, et al*, Eastern District Court of California Case No. 2:05-cv-02046, Dkt. 234) Defendant David Johanson is the sole remaining moving party as to this issue.

DATED: October 30, 2007.

| | |
|---|---|
| KELLER ROHRBACK, L.L.P.<br>By: ___/s/ Juli E. Farris___<br>Juli E. Farris<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 | SHAYNE NICHOLS, LLC<br>Stanley H. Shayne<br>Two Miranova Place, Suite 220<br>Columbus, Ohio 43215 |
| KELLER ROHRBACK, P.L.C.<br>Ron Kilgard<br>Gary A. Gotto<br>Gary D. Greenwald<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012 | DEVINE, MARKOVITS & SNYDER, LLP<br>Terence J. Devine<br>52 Corporate Circle<br>Albany, New York 12203 |
| | RIGHETTI LAW FIRM, P.C.<br>Matthew Righetti<br>456 Montgomery Street, Suite 1400<br>San Francisco, California 94104 |
| Attorneys for Plaintiffs Johnson, Rangel, and Morrell | Attorneys for Plaintiff Rodwell |