Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, AND KELLY MORRELL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLAIR R. COUTURIER, JR.; DAVID R. JOHANSON; ROBERT E. EDDY; JOHANSON BERENSON LLP; AND PENSCO, INC.,<br><br>　　　　Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN; NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.<br><br>　　　　Nominal Defendants. | No. CV 07 80247 MISC (CRB)<br><br>Pending in the United States District Court, for the Eastern District of California:<br>No. 2:05-cv-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**PLAINTIFFS' CERTIFICATE OF SERVICE** |

1

1

2

3   DARLENE STANTON,                          No. 2:07-CV-01208 WBS-JFM

4            Plaintiff,                        (Consolidated under 2:05-CV-02046
                                              RRB KJM)
5        v.

6   CLAIR R. COUTURIER, JR., et al.

7            Defendants.

8

9

10       The undersigned hereby certifies that on October 30, 2007 **Plaintiffs' Response to**

11   **David Johanson and Johanson Berenson LLP's Motion to Enforce Deposition Subpoena**

12   **or In the Alternative For a Protective Order Moving the Deposition to San Francisco**

13   and **Declaration of Gary D. Greenwald** was filed electronically.  Notice of this filing will be

14   sent to all parties listed below by operation of the Court's electronic system.  Parties may

15   access this filing through the Court's system.

16

17           Theodore M. Becker
             Morgan, Lewis & Bockius LLP.
18           77 West Wacker Drive
             Chicago, Illinois 60601
19           Attorneys for Defendant Couturier

20           Donald Patrick Sullivan
             M. Michael Cole
21           Morgan Lewis and Bockius LLP
             Spear Street Tower
22           One Market Street, Suite 28
             San Francisco, California 94105
23           Attorneys for Defendant Couturier

24

25

26

                                            2

M. Taylor Florence
John E. Spomer
Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendant Noll Manufacturing Company
        Employee Stock Ownership Plan and Trust

Cynthia J. Larsen
Stacy Erin Don
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Attorneys for Defendant
        The Employee Ownership Holding Company, Inc.

Christopher J. Rillo
Lars C. Golumbic
Dipal A. Shah
Groom Law Group Chartered
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Attorneys for Defendant Johanson

Natalie P. Vance
Klinedinst PC
1107 9th Street, Suite 680
Sacramento, California 95814
Attorneys for Defendant Johanson Berenson, LLP

Lois O. Rosenbaum
Timothy W. Snider
Stoel Reves LLP
900 S.W. 5th Avenue, Suite 2600
Portland, Oregon 97204-1268
Attorneys for Defendant Eddy

Erick C. Howard
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Attorneys for Defendant Pensco, Inc.

3

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton

Juli E. Farris
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton

Stanley H. Shayne
Shayne Nichols LLC
Two Miranova Place, Suite 220
Columbus, Ohio 43215
Attorneys for Plaintiff Rodwell

Terence J. Devine
Devine, Markovits & Snyder, LLP
52 Corporate Circle
Albany, New York 12203
Attorneys for Plaintiff Rodwell

Matthew Righetti
Righetti Law Firm PC
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Attorneys for Plaintiff Rodwell


By:   */s/ Juli E. Farris*

4