1  THEODORE M. BECKER (admitted *pro hac vice*)
   DONALD P. SULLIVAN (SBN 191080)
2  M. MICHAEL COLE (SBN 235538)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Defendant
6  CLAIR R. COUTURIER, JR.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, and KELLY MORRELL, | Case No. 3:07-mc-80247 CRB |
| Plaintiffs, | **CLAIR R. COUTURIER'S JOINDER IN DEFENDANT DAVID JOHANSON AND JOHANSON BERENSON LLP'S MOTION TO ENFORCE DEPOSITION SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO** |
| vs. | |
| CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC., | |
| Defendants, | Date: To Be Determined<br>Time:<br>Courtroom: |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N&NW MANUFACTURING HOLDING COMPANY, INC., AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. | |
| Nominal Defendants. | |

26  / / /
27  / / /
28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:07-mc-80247 CRB
Defendant Couturier's Joinder In Johanson's
Motion to Enforce Depo. Subpoena

1  TO PLAINTIFFS GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL AND
2  KELLY MORRELL ("PLAINTIFFS"), AND THEIR ATTORNEYS OF RECORD:
3    Defendant Clair R. Couturier, Jr. ("Couturier") hereby joins the Motion to Enforce
4  Deposition Subpoenas or in the Alternative for a Protective Order Moving the Deposition to San
5  Francisco filed in this matter by Defendants David Johanson ("Johanson") and Johanson
6  Berenson LLP on October 24, 2007.

Dated: October 30, 2007                             MORGAN, LEWIS & BOCKIUS LLP

                                                    By: /S/ Donald P. Sullivan
                                                        Theodore M. Becker
                                                        Donald P. Sullivan
                                                        M. Michael Cole
                                                        Attorneys for Defendant
                                                        CLAIR R. COUTURIER

1-SF/7624105.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 3:07-mc-80247 CRB
Defendant Couturier's Joinder In Johanson's
Motion to Enforce Depo. Subpoena

# PROOF OF SERVICE

I, Marianne G. Haines, declare:

I am a resident of the State of California and am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and not a party to the within action; my business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105-1126

On October 30, 2007, I served the within document(s):

**CLAIR R. COUTURIER'S JOINDER IN DEFENDANT DAVID JOHANSON AND JOHANSON BERENSON LLP'S MOTION TO ENFORCE DEPOSITION SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Bruce A. McIntosh, Esq.
Shapiro Buchman Provine Patton LLP
1333 N. California Boulevard, Suite 350
Walnut Creek, CA   94596
email: bmcintosh@sbllp.com

Stanley H. Shayne, Esq..
SHAYNE & NICHOLS, LLC
21 South High Street
Columbus, OH   43215
email: STAN@SLNLAWYERS.COM

1-SF/7622744.2                                                               Case No. 3:07-mc-80247 CRB

PROOF OF SERVICE

| | |
|---|---|
| 1 | Ron Kilgard, Esq. |
| 2 | Gary A. Gotto, Esq. |
| | Gary D. Greenwald, Esq. |
| 3 | KELLER ROHRBACK, PLC |
| | 3101 North Central Avenue |
| 4 | Suite 1400 |
| | Phoenix, AZ   85012 |
| 5 | email:  gdglaw@aol.com |
| 6 | Julie E. Farris |
| | KELLER ROHRBACK, L.L.P. |
| 7 | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA   98101 |
| 8 | email:  "jfarris" jfarris@kellerrohrback.com |
| 9 | M. Taylor Florence, Esq. |
| | John E. Spomer, Esq. |
| 10 | BULLIVANT HOUSER BAILEY P.C. |
| | 1415 L Street, Suite 1000 |
| 11 | Sacramento, CA   95814 |
| | email:  taylor.florence@bullivant.com |
| 12 | |
| | Matthew Righetti, Esq. |
| 13 | RIGHETTI LAW FIRM, P.C. |
| | 456 Montgomery Street, Suite 1400 |
| 14 | San Francisco, CA   94104 |
| | email:  matt@righettilaw.com |
| 15 | |
| | Natalie P. Vance, Esq. |
| 16 | KLINEDINST PC |
| | 1107 9th St #680 |
| 17 | Sacramento, CA   95814 |
| | email:  nvance@klinedinstlaw.com |
| 18 | |
| | Christopher J. Rillo, Esq. |
| 19 | Lars C. Golumbic, Esq., |
| | Dipal A. Shah, Esq. |
| 20 | GROOM LAW GROUP, CHARTERED |
| | 1701 Pennsylvania Avenue, NW |
| 21 | Washington, DC   20006 |
| | email:  crillo@groom.com |
| 22 | |
| | Terrence J. Devine, Esq. |
| 23 | DEGRAFF, FOY, KUNZ & DEVINE, LLP |
| | 90 State Street, Suite 1100 |
| 24 | Albany, NY   12207 |
| | email:  tdevine@degraff-foy.com |
| 25 | |
| 26 | |
| | / / / |
| 27 | |
| | / / / |
| 28 | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law

1-SF/7622744.2                                                                                       Case No. 3:07-mc-80247 CRB

PROOF OF SERVICE

Lois Rosenbaum, Esq.
STOEL RIVES LLP
900 S.W. 5th Avenue
Portland, OR   97221
email:  lorosenbaum@stoel.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed October 30, 2007, at San Francisco, California.

_____
Marianne G. Haines

1-SF/7622744.2

Case No. 3:07-mc-80247 CRB

PROOF OF SERVICE