1  Cynthia J. Larsen, State Bar No. 123994
   Stacy E. Don, State Bar No. 226737
2  ORRICK HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95819
   Telephone:    (916) 447-9200
4  Facsimile:    (916) 329-4900
   E-mail:       clarsen@orrick.com
5                sdon@orrick.com

6  Attorneys for Nominal Defendants Noll Manufacturing
   Company, N & NW Manufacturing Holding Company, Inc., and
7  The Employee Ownership Holding Company, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CLAIR R. COUTURIER, JR.; et al.,<br><br>          Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.,<br><br>          Nominal Defendants. | Case No. CV 07 80247 MISC (CRB)<br><br>Pending in the United States District Court, for the Eastern District of California:<br>No. 2:05-CV-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**NOTICE OF JOINDER OF NOMINAL DEFENDANTS NOLL MANUFACTURING COMPANY, N & NW MANUFACTURING HOLDING COMPANY, INC., AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. IN DAVID JOHANSON AND JOHANSON BERENSON LLP'S MOTION TO ENFORCE DEPOSITION SUBPOENA OR FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO**<br><br>Date:     To Be Determined<br>Time:<br>Courtroom: |

NOTICE IS HEREBY GIVEN that Nominal Defendants Noll Manufacturing Company, N & NW Manufacturing Holding Company, Inc., and The Employee Ownership Holding Company, Inc. ("TEOHC") hereby joins Defendants David Johanson and Johanson Berenson LLP's Motion to Enforce Deposition Subpoena or for a Protective Order Moving the Deposition to San Francisco (the "Motion") filed with this Court on Wednesday, October 24, 2007.  Counsel for Defendant Robert E. Eddy, sued individually in the underlying action and the President of nominal defendant TEOHC, has authorized the undersigned to advise this Court that Mr. Eddy also supports this Motion.

Dated: October 31, 2007

Cynthia J. Larsen
Stacy E. Don
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Cynthia J. Larsen
Cynthia J. Larsen
Attorneys for Nominal Defendants Noll Manufacturing Company, N & NW Manufacturing Holding Company, Inc., and The Employee Ownership Holding Company, Inc.