Cynthia J. Larsen, State Bar No. 123994
Stacy E. Don, State Bar No. 226737
ORRICK HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95819
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900
E-mail:         clarsen@orrick.com
                    sdon@orrick.com

Attorneys for Nominal Defendants Noll Manufacturing
Company, N & NW Manufacturing Holding Company, Inc., and
The Employee Ownership Holding Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIR R. COUTURIER, JR.; et al.,<br><br>Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.,<br><br>Nominal Defendants. | Case No. CV 07 80247 MISC (CRB)<br><br>Pending in the United States District Court, for the Eastern District of California:<br>No. 2:05-CV-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Date:         To Be Determined<br>Time:<br>Courtroom: |

        I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 400 Capital Mall, Suite 3000, Sacramento, California 95814-4497.

        On October 31, 2007, I served the foregoing document:  **NOTICE OF JOINDER OF NOMINAL DEFENDANTS NOLL MANUFACTURING COMPANY, N & NW MANUFACTURING HOLDING COMPANY, INC., AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. IN DAVID JOHANSON AND JOHANSON**

BERENSON LLP'S MOTION TO ENFORCE DEPOSITION SUBPOENA OR FOR A PROTECTIVE ORDER MOVING THE DEPOSITION TO SAN FRANCISCO on the interested parties in this action by placing a true and correct copy thereof in sealed envelope addressed as follows:

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 900
Phoenix, Arizona 85012
Email: rkilgard@krplc.com
      ggotto@krplc.com
      ggreenwald@kellerrohrback.com

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Email: jfarris@kellerrohrback.com

Stanley H. Shayne
Shayne Nichols, LLC
Two Miranova Place, Suite 220
Columbus, Ohio 43215
Email: stan@slnlawyers.com

Bruce A. McIntosh
Shapiro Buchman Provine Patton LLP
1333 N. California Boulevard, Suite 350
Walnut Creek, CA 94596
Email: bmcintosh@sbllp.com

Terence J. Devine
DeGraff, Foy, Kunz & Devine, LLP
90 State Street, Suite 1100
Albany, New York 12207
Email: tdevine@degraff-foy.com

Matthew Righetti
Righetti Law Firm, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Email: matt@righettilaw.com

| | |
|---|---|
| 1 | Natalie P. Vance |
| 2 | Klinedinst, P.C.<br>1107 9th Street, Suite 680 |
| 3 | Sacramento, California 95814<br>Email: nvance@klinedinstlaw.com |
| 4 | |
| 5 | Christopher J. Rillo<br>Lars C. Golumbic |
| 6 | Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, NW |
| 7 | Washington, D.C. 20006<br>Email: crillo@groom.com |
| 8 |       lcg@groom.com |
| 9 | Lois O. Rosenbaum |
| 10 | Timothy W. Snider<br>Stoel Reves LLP |
| 11 | 900 S.W. 5th Avenue<br>Portland, Oregon 97204-1268 |
| 12 | Email: lorosenbaum@stoel.com<br>      twsnider@stoel.com |
| 13 | |
| 14 | Donald Patrick Sullivan<br>Morgan, Lewis & Bockius, LLP |
| 15 | One Market - Spear Street Tower<br>San Francisco, CA 94105 |
| 16 | Email: dpsullivan@morganlewis.com |
| 17 | Theodore M. Becker |
| 18 | Julie Govreau<br>Morgan, Lewis & Bockius, L.L.P. |
| 19 | 77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601 |
| 20 | Email: tbecker@morganlewis.com<br>      jgovreau@morganlewis.com |
| 21 | |
| 22 | M. Taylor Florence<br>John E. Spomer, III |
| 23 | Bullivant Houser Bailey, P.C.<br>1415 L Street, Suite 1000 |
| 24 | Sacramento, CA 95814<br>Email: taylor.florence@bullivant.com |
| 25 |       john.spomer@bullivant.com |
| 26 | |
| 27 | |
| 28 | |

Erick C. Howard
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
Email:  ehoward@sflaw.com

I deposited such envelope with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Sacramento, California on the date indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2007, at Sacramento, California.

_____
Wanda Peters

OHS West:260330276.1                    - 4 -                    PROOF OF SERVICE BY MAIL